Susan St. Vincent
Legal Officer
NATIONAL PARK SERVICE
Legal Office
P.O. Box 517
Yosemite, California 95389
Telephone: (209) 372-0241

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 6:16-PO-00690-JDP |
| Plaintiff, | |
| | **MOTION TO VACATE REVIEW HEARING; AND ORDER THEREON** |
| MIGEL VALDEZ-SILVA, | |
| Defendant. | |

      The United States, by and through its representative, Susan St. Vincent hereby moves the Court for an Order to Vacate the review hearing currently scheduled in this matter for December 11, 2018. On October 17, 2017, the Defendant plead guilty to Operating a Motor Vehicle while his license was suspended, and he was sentenced to 12 months unsupervised probation with the conditions he pay his state fines and obtain his driver's license within ten months, obey all laws, and serve 10 days in custody, which was suspended.

      A review hearing was held on September 18, 2018. The Defendant was present at the review hearing, and he informed the Court he had paid the state fines, but had not obtained his driver's license. The Court extended the Defendant's term of probation to January 16, 2019 with all the same terms and conditions except the previously imposed custody time was permanently vacated. The Court further set a review hearing for December 11, 2018. The Defendant has

1

subsequently provided proof of obtaining a driver's license and has now complied with all the terms of unsupervised probation imposed by this Court.

.

Dated: October 10, 2018                  NATIONAL PARK SERVICE

/S/ Susan St. Vincent
Susan St. Vincent
Legal Officer

## **ORDER**

Upon application of the United States, and good cause having been shown therefor, IT IS HEREBY ORDERED that the review hearing scheduled for December 11, 2018, in the above referenced matter, *United States v. Valdez-Silva, 6:16-PO-00690-JDP*, be vacated.

IT IS SO ORDERED.

Dated: _____          _____

Jeremy D. Peterson
United States Magistrate Judge
Eastern District of California

IT IS SO ORDERED.

Dated: ___October 10, 2018___       _____
UNITED STATES MAGISTRATE JUDGE